(107 So. 735)

### Elmer LIGHTFOOT v. STATE. (6 Div. 667.)

(Supreme Court of Alabama. March 18, 1926.)

Certiorari to Court of Appeals.

Gray & Powell, of Jasper, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Elmer Lightfoot for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Lightfoot v. State, 107 So. 734.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.